IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JAMES MITCHELL,<br>Reg. #09191-025<br>　　　　　Petitioner,<br>v.<br><br>C.V. RIVERA, Warden,<br>FCI - Forrest City Medium<br><br>　　　　　Respondent. | *<br>*<br>*<br>*<br>*　　No. 2:15CV00067-JJV<br>*<br>*<br>*<br>* |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 22nd day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1